**Zhaoyou Chen v. Partnerships and Unincorporated Associations Identified on Schedule A**

**Case No. 24-cv-07164**

**Schedule A**

**Defendant Online Marketplaces**

| No | Name / Seller Alias | URL |
|---|---|---|
| 1 | aijolenlon | amazon.com/sp?seller=A26MPTBF6JQNP1 |
| 2 | Brosyda | amazon.com/sp?seller=A1307B92R75J8Y |
| 3 | BYOFI | amazon.com/sp?seller=A2XFXNCCO75D47 |
| 4 | CABUS | amazon.com/sp?seller=A15Z2SY6V64Q2F |
| 5 | Cainda | amazon.com/sp?seller=ATKSCOKNEY8F7 |
| 6 | Dotooky Store | amazon.com/sp?seller=A30GKKKZ3E0KQ2 |
| 7 | gulrear | amazon.com/sp?seller=A3O0W24XBCTNR6 |
| 8 | Haikung | amazon.com/sp?seller=A9PR12GE3VLKJ |
| 9 | Kalkehay LLC | amazon.com/sp?seller=A2II6Y1YEVRIJH |
| 10 | Kesfitt Patio Direct | amazon.com/sp?seller=A2DGTLWGFM4ZT5 |
| 11 | Kifiray | amazon.com/sp?seller=A2OT97Q0A46EOM |
| 12 | Linstock | amazon.com/sp?seller=AO2GKKMAC9Z8X |
| 13 | Mairubo | amazon.com/sp?seller=A1CGS7N18LERDL |
| 14 | Mrrihand-Cover | amazon.com/sp?seller=A228CMCD9DP0JB |
| 15 | NWESTUN Direct | amazon.com/sp?seller=A3JC4S2GOX1HSK |
| 16 | RICHCAT | amazon.com/sp?seller=ATGM4OPS3K84W |
| 17 | secure4u | amazon.com/sp?seller=A2BL7E35I43FYZ |
| 18 | TigeJoy | amazon.com/sp?seller=ARWVJJWK1CK7L |
| 19 | UWN | amazon.com/sp?seller=A1W1493CZFSV5Z |
| 20 | WiKT | amazon.com/sp?seller=AUW7CKLYL8LD2 |
| 21 | YinYoHome | amazon.com/sp?seller=A6ZL7H6R4SDF7 |
| 22 | ZJJ-US | amazon.com/sp?seller=A1N9C6X5O5QWY3 |
| 23 | duixinghas | walmart.com/seller/101131211 |
| 24 | Lweong Co.Ltd | walmart.com/seller/101573669 |
| 25 | SDALU | walmart.com/seller/102518688 |
| 26 | TOPOWNUS | walmart.com/seller/101133222 |
| 27 | afeavida0 | ebay.com/usr/afeavida0 |
| 28 | allinonestore-2005 | ebay.com/usr/allinonestore-2005 |
| 29 | AllStar0Goods | ebay.com/usr/AllStar0Goods |
| 30 | alvpil0 | ebay.com/usr/alvpil0 |
| 31 | angela88 | ebay.com/usr/angela88 |
| 32 | AviGali | ebay.com/str/avigali |
| 33 | barakda-54 | ebay.com/usr/barakda-54 |

| No | Name / Seller Alias | URL |
|---|---|---|
| 34 | Bestsale19 | ebay.com/str/bestsale19 |
| 35 | DanielllStore | ebay.com/str/danielllstore |
| 36 | Freedom_Thai | ebay.com/str/freedomthai |
| 37 | geminimonsm-74 | ebay.com/usr/geminimonsm-74 |
| 38 | Ghineho | ebay.com/str/naiimpottery |
| 39 | Golstore | ebay.com/str/Golstore |
| 40 | ha-292206-Store | ebay.com/str/ha-292206-Store |
| 41 | haimhamama700 | ebay.com/usr/haimhamama700 |
| 42 | hilel_shop | ebay.com/str/hilelshop |
| 43 | HotPrice Haven | ebay.com/str/hotpricehaven |
| 44 | IbtyStore | ebay.com/str/IbtyStore |
| 45 | JawgiStore | ebay.com/str/JawgiStore |
| 46 | kobi.bengalim | ebay.com/usr/kobi.bengalim |
| 47 | L.Products.Store | ebay.com/str/lproductsstore |
| 48 | michushkat-0 | ebay.com/usr/michushkat-0 |
| 49 | mybesttorehar | ebay.com/str/mybesttorehar |
| 50 | ofkan-31 | ebay.com/usr/ofkan-31 |
| 51 | oshtad0 | ebay.com/usr/oshtad0 |
| 52 | PanaratchShop | ebay.com/str/panaratchshop |
| 53 | Pink-Cab | ebay.com/usr/Pink-Cab |
| 54 | RoleProducts | ebay.com/str/roleproducts |
| 55 | shi5720 | ebay.com/usr/shi5720 |
| 56 | shoppingtime786 | ebay.com/usr/shoppingtime786 |
| 57 | softpicks | ebay.com/usr/softpicks |
| 58 | SPIES LTD | ebay.com/str/spiesltd |
| 59 | tushtush trends | ebay.com/str/tushtushtrends |
| 60 | tzi179 | ebay.com/usr/tzi179 |
| 61 | YoichiroStore | ebay.com/str/yoichirostore |
| 62 | zaza-gifts | ebay.com/usr/zaza-gifts |
| 63 | Jaao Technology | https://www.temu.com/Jaao-Technology-m-5229534530313.html |
| 64 | oycw | https://www.temu.com/oycw-m-634418211844477.html |
| 65 | Warehouse seventy seven | https://www.temu.com/Warehouse-seventy-seven-m-5337149078735.html |