# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ZHAOYOU CHEN, <br><br> Plaintiff, <br><br> v. <br><br> PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-07164 <br><br> Judge Sara L. Ellis <br><br> Magistrate Judge Keri L. Holleb Hotaling |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Zhaoyou Chen hereby dismisses this action without prejudice as to the following Defendants:

| Def | Platform | Seller Name | Seller ID |
|---|---|---|---|
| 5 | Amazon | Cainda | amazon.com/sp?seller=ATKSCOKNEY8F7 |
| 29 | eBay | AllStar0Goods | ebay.com/usr/AllStar0Goods |
| 36 | eBay | Freedom_Thai | ebay.com/str/freedomthai |
| 52 | eBay | PanaratchShop | ebay.com/str/panaratchshop |
| 58 | eBay | SPIES LTD | ebay.com/str/spiesltd |

Dated: September 18, 2024

Respectfully submitted,

By: /s/ *Sarah L. Boone*
Mark C. Johnson
Sarah L. Boone
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
216.621.1113
216.621.6165 (facsimile)
mjohnson@rennerotto.com
sboone@rennerotto.com

*Counsel for Plaintiff*