# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ZHAOYOU CHEN, | |
| Plaintiff, | Case No. 24-cv-07164 |
| v. | Judge Sara L. Ellis |
| PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

**Plaintiff's Response to Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint**

Plaintiff Zhaoyou Chen ("Plaintiff") hereby consents to the motion [44] by Defendants Brosyda, Kesfitt Patio Direct, and Mrrihand-Cover for a 30-day extension of time from September 27, 2024 to October 28, 2024 to answer or otherwise respond to Plaintiff's Complaint.

Dated: September 25, 2024

Respectfully submitted,

By: /s/ *Sarah L. Boone*
Mark C. Johnson
Sarah L. Boone
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
216.621.1113
216.621.6165 (facsimile)
mjohnson@rennerotto.com
sboone@rennerotto.com

*Counsel for Plaintiff*