IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHAOYOU CHEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　　Defendants. | Case No. 24-cv-07164<br><br>Judge Sara L. Ellis<br><br>Magistrate Judge Keri L. Holleb Hotaling |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS**

Plaintiff Zhaoyou Chen ("Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the defendants identified in the table below ("Defaulting Defendants"). In support of its Motion, Plaintiff submits the accompanying Memorandum of Law and declaration of Sarah L. Boone.

| No | Name / Seller Alias | URL |
|---|---|---|
| 4 | CABUS | amazon.com/sp?seller=A15Z2SY6V64Q2F |
| 6 | Dotooky Store | amazon.com/sp?seller=A30GKKKZ3E0KQ2 |
| 13 | Mairubo | amazon.com/sp?seller=A1CGS7N18LERDL |
| 15 | NWESTUN Direct | amazon.com/sp?seller=A3JC4S2GOX1HSK |
| 19 | UWN | amazon.com/sp?seller=A1W1493CZFSV5Z |
| 22 | ZJJ-US | amazon.com/sp?seller=A1N9C6X5O5QWY3 |
| 23 | duixinghas | walmart.com/seller/101131211 |
| 26 | TOPOWNUS | walmart.com/seller/101133222 |
| 28 | allinonestore-2005 | ebay.com/usr/allinonestore-2005 |
| 31 | angela88 | ebay.com/usr/angela88 |
| 37 | geminimonsm-74 | ebay.com/usr/geminimonsm-74 |
| 44 | IbtyStore | ebay.com/str/IbtyStore |
| 49 | mybesttorehar | ebay.com/str/mybesttorehar |
| 51 | oshtad0 | ebay.com/usr/oshtad0 |
| 56 | shoppingtime786 | ebay.com/usr/shoppingtime786 |

| No | Name / Seller Alias | URL |
|---|---|---|
| 57 | softpicks | ebay.com/usr/softpicks |
| 61 | YoichiroStore | ebay.com/str/yoichirostore |
| 64 | oycw | https://www.temu.com/oycw-m-634418211844477.html |

Dated: September 30, 2024

Respectfully submitted,

By: /s/ *Sarah L. Boone*
Mark C. Johnson
Sarah L. Boone
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
216.621.1113
216.621.6165 (facsimile)
mjohnson@rennerotto.com
sboone@rennerotto.com

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on the 30th day of September 2024, the foregoing document is being electronically served by electronically publishing the document on a website, and sending an e-mail that includes a link to said website to the e-mail addresses below:

| No | Name / Seller Alias | Email Address |
|---|---|---|
| 4 | CABUS | kbx2019@163.com |
| 6 | Dotooky Store | js5250pqhg721@163.com |
| 13 | Mairubo | mairuitongkeji@163.com |
| 15 | NWESTUN Direct | longchyi@163.com |
| 19 | UWN | azzxus@163.com |
| 22 | ZJJ-US | alanni19920809@163.com |
| 23 | duixinghas | huadeiyuanwei@163.com |
| 26 | TOPOWNUS | topownus@163.com |
| 28 | allinonestore-2005 | lahiruprabathsemasinghe@gmail.com |
| 31 | angela88 | getthedeals2011@163.com |
| 37 | geminimonsm-74 | geminimonsmasticore+007@gmail.com |
| 44 | IbtyStore | googibtissam@gmail.com |
| 49 | mybesttorehar | sovendo36@gmail.com |
| 51 | oshtad0 | rumitada8888@gmail.com |
| 56 | shoppingtime786 | shoppingtime673@gmail.com |
| 57 | softpicks | softpicks027@gmail.com |
| 61 | YoichiroStore | tomp.astrans@gmail.com |
| 64 | oycw | 1637993692@qq.com |

Dated: September 30, 2024

/s/ *Sarah L. Boone*
Sarah L. Boone

*An Attorney for Plaintiff*