IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ZHAOYOU CHEN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>~ *versus* ~<br><br>**PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**<br><br>　　　　　　　　　　Defendants. | Case No. __1:24-cv-7164__<br><br>**AFFIRMATION OF SERVICE<br>OF RULE 26 INITIAL PRODUCTION** |

**AFFIRMATION OF SERVICE
OF RULE 26(a)(1) INITIAL PRODUCTION**

Consistent with Fed. R. Civ. P. 26(a)(1) and the Scheduling Order of this Honorable Court (ECF 134), on February 3, 2025, the Undersigned Counsel for Defendants: (i.) UWN; (ii.) NWESTUN Direct; and (iii.) Gulrear, served by e-mail on all Counsel for the Plaintiff the Rule 26 Initial Disclosures on behalf of the Defendants identified above.

Dated: **February 3, 2025**

　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

By: _[signature]_

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910: (212) 859-7307
bg@gottesmanlegal.com
*Counsel for UWN, NWESTUN Direct and Gulrear*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025 simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:


**Mark C. Johnson, Esq.**
**Sarah Louise Boone, Esq.**
**RENNER OTTO BOISSELLE & SKLAR**
1621 Euclid Ave # 1900
Cleveland, OH   44115
**e-mails:**   sboone@rennerotto.com
              mjohnson@rennerotto.com

**Counsel for the Plaintiff**

**All Appearing Parties**